Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: U.S. District Court - Northern District of New York at 833-771-4945.

Account Number: 4395165
Court: NEW YORK NORTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYNDC-5417592
Approval Code: 117680
Card Number: ************8492
Date/Time: 02/11/2021 02:14:08 ET

NOTE: This is an automated message. Please do not reply