AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Laura Peek, et al. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:21-cv-00167-TJM-CFH |
| Beech-Nut Nutrition Company | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Beech-Nut Nutrition Company.

Date: 02/26/2021

/s/ Kathleen E. McCarthy
*Attorney's signature*

Kathleen E. McCarthy (NY-2125722)
*Printed name and bar number*

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
*Address*

kmccarthy@kslaw.com
*E-mail address*

(212) 556-2345
*Telephone number*

(212) 556-2222
*FAX number*