IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA PEEK, Individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>BEECH-NUT NUTRITION COMPANY,<br><br>   Defendant. | Case No. 1:21-cv-00167-TJM-CFH |

**DEFENDANT BEECH-NUT NUTRITION COMPANY'S
RULE 7.1 DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Beech-Nut Nutrition Company ("Beech-Nut") states as follows:

  Beech-Nut is a wholly-owned subsidiary of Hero USA, Inc., which is wholly owned by Hero Beteiligungen AG, which is a wholly-owned subsidiary of Hero AG, which is wholly owned by Schwartau International GmbH, which is wholly owned by AOH Nahrungsmittel GmbH & Co. KG, which is privately held.

  No publicly-held corporation owns 10% or more of Beech-Nut stock.

Dated: February 26, 2021

                  Respectfully submitted,

                  /s/ *Kathleen E. McCarthy*
                  Kathleen E. McCarthy (NY Bar: 2125722)
                  KING & SPALDING LLP
                  1185 Avenue of the Americas
                  New York, NY 10036-4003
                  kmccarthy@kslaw.com
                  Tel. (212) 556-2345
                  Fax (212) 556-2222

                  *Attorneys for Defendant*